# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**   Tel: 718-740-1000
Email: abdul@abdulhassan.com   Fax: 718-740-2000
*Employment and Labor Lawyer*   Web: www.abdulhassan.com

March 19, 2021

**Via ECF**

Hon. Pamela K. Chen, USDJ
United States District Court, EDNY
225 Cadman Plaza East,
Brooklyn, NY 11201

<u>Re: Lee v. Bayside Farm Market Inc. et al</u>
Case No.  20-CV-02899 (PKC)(RLM)
**Notice of Settlement and Request for Adjournment**

Dear Judge Chen:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a settlement of this action. We are in the process of working out details such as payment schedule for the settlement amount agreed to and intend to file any necessary papers with the Court shortly. In light of the settlement, it is kindly requested that the Court adjourn sine die all upcoming appearances and deadlines, including the pending motion deadlines.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**