| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** July 8, 2021 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 10:40 a.m. |
| | **END:** 11:05 a.m. |

**DOCKET NO:** 20-cv-2899-RLM

**CASE:** Lee v. Bayside Farm Market Inc. et al

| | | | |
|---|---|---|---|
| ☐ | INITIAL CONFERENCE | X | *Cheeks*/ORDER TO SHOW CAUSE |
| ☐ | DISCOVERY CONFERENCE | ☐ | FINAL/PRETRIAL CONFERENCE |
| ☐ | SETTLEMENT CONFERENCE | X | TELEPHONE CONFERENCE |
| ☐ | MOTION HEARING | ☐ | INFANT COMPROMISE HEARING |

**PLAINTIFF**                                                                 **ATTORNEY**

| |
|---|
| Abdul Karim Hassan |

**DEFENDANTS**                                                            **ATTORNEY**

| |
|---|
| Younghoon Ji |

☐  **FACT DISCOVERY TO BE COMPLETED BY** _____
☐  **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐  **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐  **PL. TO SERVE DEF. BY:** _____   **DEF. TO SERVE PL. BY:** _____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing.   For the reasons stated on the record, this Court concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties.   A stipulation of discontinuance is due by August 10, 2021 with the right to reopen the case if the settlement is not consummated.