**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Min Woong Lee,<br><br>               Plaintiff,<br><br>    -v-<br><br>Bayside Farm Market Inc.,<br>Francis Lee Corp.,<br>Tae Hong Lee, and<br>Lee Joonchul,<br><br>              Defendants. | **Civ. Action #: 20-CV-02899 (RLM)**<br><br>**STIPULATION OF DISCONTINUANCE WITH <u>PREJUDICE</u>** |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that this action having been resolved by the parties, and whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii), provided that the settlement payments are made in accordance with the settlement agreement approved by the Court in this action and the Court in this action shall retain jurisdiction to resolve any disputes arising out of this Settlement Agreement and the settlement of this action.

      **IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: Queens Village, New York
      August 6, 2021

Abdul Hassan Law Group, PLLC
Attorneys for Plaintiff

By: _____
Abdul K. Hassan, Esq.
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000
Email: abdul@abdulhassan.com

AHNE & JI, LLP
Attorneys for Defendants

By: _____
Mr. Younghoon Ji, Esq.
1220 Broadway, Suite 502
New York, NY 10001
Tel.: 212-594-1035
Fax: 212-967-1112
Email: youngjiesq@gmail.com